237 P.3d 1195

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Jones | 29301 | 08/05/2010 | Affirmed |
| State v. Oliveros | 28935 | 08/31/2010 | Affirmed |
| State v. McCarthy | 29701 | 08/31/2010 | Vacated & remanded |